1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  YOUNG YIL JO,                                    1:12-cv-00637-AWI-DLB PC

10            Plaintiff,                            ORDER DISMISSING ACTION, WITH
                                                    PREJUDICE
11       v.

12  SIX UNKNOWN NAMES AGENTS, et al.,

13            Defendants.
                                              /
14

15       Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at Airpark Unit

16  Correctional Center in Big Spring, Texas.  On April 23, 2012, Plaintiff filed a civil action.  To date,

17  plaintiff has filed more than one hundred civil cases in this district.  Plaintiff is an abusive litigant

18  who persists in filing baseless actions in this district.[1]  As with the multitude of previous actions filed

19  by Plaintiff, the complaint in this action is rambling and incoherent, and fails to state any cognizable

20  claims under federal law.  *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atl. Corp. v. Twombly*,

21  550 U.S. 544, 555-56 (2007).

22       This action is HEREBY DISMISSED, WITH PREJUDICE.

23  IT IS SO ORDERED.

24

Dated:    September 20, 2012

25                                                 CHIEF UNITED STATES DISTRICT JUDGE

26

27

28
_____

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

1