# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

YOUNG YIL JO,                                    1:12-cv-00637-AWI-DLB PC

                              Plaintiff,          ORDER DISMISSING ACTION, WITH
                                                  PREJUDICE

          v.

SIX UNKNOWN NAMES AGENTS, et al.,

                              Defendants.
_____/

          Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at Airpark Unit

Correctional Center in Big Spring, Texas.  On April 23, 2012, Plaintiff filed a civil action.  To date,

plaintiff has filed more than one hundred civil cases in this district.  Plaintiff is an abusive litigant

who persists in filing baseless actions in this district.[1] As with the multitude of previous actions filed

by Plaintiff, the complaint in this action is rambling and incoherent, and fails to state any cognizable

claims under federal law.  *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atl. Corp. v. Twombly*,

550 U.S. 544, 555-56 (2007).

          This action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

Dated:    September 20, 2012                   _____
                                               CHIEF UNITED STATES DISTRICT JUDGE

_____

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

1